IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**HENRY MYLES,**
    Petitioner,

vs.                                                Case No. 3:09cv417/MCR/MD

**C. HALLEY,**
**Warden of Century Correctional Institution,**
    Respondent.

---

## O R D E R

      This cause is before the court upon petitioner filing an amended petition for writ of habeas corpus under 28 U.S.C. § 2254 (doc. 4), a supporting memorandum (doc. 5), a motion to proceed *in forma pauperis* (doc. 6), and a motion to supplement memorandum (doc. 7). Upon review of the amended petition and attachments, it is apparent that although petitioner is currently incarcerated at Century Correctional Institution in Century, Florida, he is not challenging the manner in which his sentence is being carried out; rather, petitioner is challenging the validity of his 1982 sexual battery conviction entered by the Circuit Court of Putnam County, Florida. Pursuant to 28 U.S.C. § 2241(d), the court considers it to be in the interest of justice to transfer this case to the United States District Court for the Middle District of Florida, which is the district within which the state court was held which convicted and sentenced petitioner.

      Accordingly, it is therefore ORDERED:

      The clerk shall transfer this case to the United States District Court for the Middle District of Florida.

      DONE AND ORDERED this 23rd day of October, 2009.

                                                      /s/ *Miles Davis*
                                                      **MILES DAVIS**
                                                      **UNITED STATES MAGISTRATE JUDGE**